**Marguerite ZAPERACH, Appellant,**

v.

**Troy LEHMAN.**

Supreme Court of Pennsylvania.

Argued March 10, 1998.

Decided April 3, 1998.

Joseph M. Olimpi, Zenford A. Mitchell, Aliquippa, for Marguerite Zaperach.

John L. Walker, Jr., Beaver, for Troy Lehman.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.